
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 50357 | **DATE** | 7/11/2001 |
| **CASE TITLE** | United States ex rel. Arthur Reid, Jr. vs. Donald N. Snyder | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the petition for writ of mandamus is dismissed without prejudice.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| X | Notices mailed by judge's staff. | | JUL 11 2001 date docketed | |
| | Notified counsel by telephone. | | | 14 |
| | Docketing to mail notices. | | | |
| X | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| X | Copy to judge/magistrate judge. | | 7-11-01 date mailed notice | |
| /SEC | courtroom deputy's initials | 2001 JUL 11 PM 3:42 date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Petitioner, Arthur Reid, a state prisoner filed in this court a petition for writ of mandamus or alternatively for a supervisory order claiming he is entitled to good time credits on his state sentence. This court treated the petition as a habeas corpus petition pursuant to 28 U.S.C. § 2254. The respondent, Donald N. Snyder, Director of the Illinois Department of Corrections, has filed a motion to dismiss contending Reid failed to exhaust available state remedies before proceeding to Federal Court. Reid has responded that he has exhausted his state remedy when he requested relief and was denied it from the judge in the criminal case who sentenced him and was denied leave to file a petition for an original writ of mandamus or for a supervisory order by the Illinois Supreme Court.

An action for mandamus in the Illinois Circuit Court is the procedure for remedying the denial of good time credits. See McAtee v. Cowan, 250 F.3d 506, 508 (7th Cir. 2001). Merely asking the sentencing judge for relief and then petitioning the Illinois Supreme Court to seek leave to file for an original writ of mandamus or for a supervisory order did not properly exhaust state remedies. The case is dismissed without prejudice. Id. at 509.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

DOCKETED
JUL 11 2001

United States ex rel. Arthur Reid, Jr.

v.

Donald N. Snyder, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 50357

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Arthur Reid, Jr.'s petition for writ of mandamus is dismissed without prejudice.

All orders in this case are final and appealable.

FILED-WD
2001 JUL 11 PM 3:42
CLERK
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 7/11/2001

Susan Wessman, Deputy Clerk